■ JONATHAN BROWN, Appellant, v NEW YORK CITY DEPARTMENT OF CORRECTION, S. Tia et al., Officers, Respondents. [49 NYS3d 626]—

Order, Supreme Court, Bronx County (Eddie J. McShan, J.),

entered October 15, 2015, which granted defendants' motion to dismiss the complaint as barred by he doctrine of res judicata, unanimously affirmed, without costs.

The motion court correctly found that this action is barred by res judicata, since plaintiff brought a prior action in Queens County arising out of the same transactions (*see O'Brien v City of Syracuse*, 54 NY2d 353, 357 [1981]; *Elias v Rothschild*, 29 AD3d 448 [1st Dept 2006]). That plaintiff's original suit in Queens County named only municipal defendants, and not those defendants' employees is of no matter, as the claims against those individuals could have been brought (*see O'Brien* at 357), and the employees are in privity with the prior defendants (*see Green v Santa Fe Indus.*, 70 NY2d 244, 253 [1987]). Concur—Renwick, J.P., Mazzarelli, Manzanet-Daniels, Feinman and Webber, JJ.